UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **RYAN YOUNG,** | : | **VIOLATION:** |
| Defendant. | : | **18 U.S.C. § 2252(a)(4)** |
| | : | **(Possession of Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

Between on or about June 10, 2015, and on or about August 3, 2015, in the Eastern District of Virginia, the defendant, **RYAN YOUNG,** did knowingly possess at least 600 images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items included depictions of prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4))

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: /s/ Lindsay Suttenberg
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov