UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-CR-082 (CRC) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| RYAN YOUNG, | : | |
| Defendant. | : | |

## ORDER

Based upon the government's unopposed motion for restitution on behalf of the victims and the entire record in this case, the Court hereby makes the following findings:

1. The minor persons known by the series identifier as "Vicky," "Marineland," and "Jane" from the "CinderblockBlue Series" are victims in this case based on the defendant's admitted possession of still images depicting each minor person that constituted child pornography;

2. The defendant's possession of images of "Vicky," "Marineland," and "Jane" proximately caused some portion of the victims' general losses;

3. The defendant and the victims, through counsel, agreed that an order of restitution in the amount of $3,000 to each will satisfy "Vicky," "Marineland," and "Jane's" restitution requests in this case;

4. The agreed-upon amount of restitution will compensate each victim for "the full amount of the victim's losses" related to this defendant, pursuant to 18 U.S.C. § 2259(b)(1).

5. Accordingly, the parties have agreed that payment, in the form of a check, will be made to the following:

    (a) "Jane:" restitution checks should be made payable to the "Marsh Law Firm PLLC Client Trust Account," and the payments should be directed to

      Marsh Law Firm PLLC, ATTN: Jane, PO Box 4668 #65135, NY, NY 10163;

(b) "Vicky:" restitution checks should be made payable to "Carol L. Hepburn in trust for Vicky," and the payments should be directed to Carol L. Hepburn, 200 First Avenue West, Suite 550 Seattle, WA 98119;

(c) "Marineland:" restitution checks should be made payable to "Carol L. Hepburn in trust for Sarah," and the payments should be directed to Carol L. Hepburn, 200 First Avenue West, Suite 550, Seattle, WA 98119

THEREFORE, it is this _18th_ day of _August_, 2016, hereby

ORDERED that the government's unopposed motion for restitution be granted; and it is

FURTHER ORDERED that restitution be ordered to the victims known as "Vicky," "Marineland," and "Jane" from the "Cinderblockblue" series in the amount of $3,000 each.

_____
Honorable Christopher R. Cooper
United States District Judge